**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO. 3:05-cr-277-J-32HTS

DIANGELO DESHAWN WOODEN
 a/k/a Lisa Williams

## O R D E R

Before the Court is the Unopposed Motion for Medical Treatment (Doc. #33; Motion), filed on August 8, 2006. The government has, in fact, filed opposition. See United States' Response to Defendant's Unopposed Motion for Medical Treatment (Doc. #34; Opposition), filed on August 15, 2006.

Defendant seeks "an Order directing the US Marshall and its agent, the Sheriff of Bradford County, Florida, to provide necessary medical treatments[.]" Motion at 1. It is explained Mr. Wooden "is a pre-op transsexual" who had been "undergoing estrogen treatment for his condition with the medical staff at Lake Butler" while serving a state sentence. *Id.* However, "[t]he medical staff at the Starke, Bradford County Jail considers such estrogen treatment to be voluntary, elective, and unnecessary. As such, it refuses and refused to provide such medical treatment to this defendant." *Id.* at 2.

The United States maintains Mr. Wooden "makes no showing of the medical necessity of the requested treatment, or the source of the requested hormones." Opposition at 1. Further, it indicates "[t]he United States Marshals Service has previously advised . . . that their headquarters does not view estrogen treatment for a pre-op

transsexual as a medical necessity, and therefore, the Marshals would be unable to provide estrogen to the defendant even if ordered to do so." *Id.*

The only authority cited by Defendant is "the encyclopedia Wiktinary[,]" Motion at 2, and even the quotations from that source do not unequivocally support the position that hormone treatments are medically necessary. The encyclopedia notes that "'most physicians are reluctant to'" prescribe hormone therapy. *Id.*

The Motion does not sufficiently demonstrate the necessity of the relief requested. Accordingly, it is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of August, 2006.

/s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:
Asst. U.S. Attorney (O'Malley/Glober)
U.S. Marshal
Clyde Collins, Esquire
Defendant